RECEIVED
IN LAKE CHARLES, LA

JAN 1 7 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAKE CHARLES DIVISION

| | |
|---|---|
| RILEY ISADORE BRANTLEY, JR. | CIVIL ACTION NO. 06-1692 |
| VS. | SECTION P |
| WARDEN, BOSSIER SHERIFF'S CORRECTIONS FACILITY | JUDGE MINALDI MAGISTRATE JUDGE WILSON |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the instant petition for *habeas corpus* be **DENIED AND DISMISSED WITH PREJUDICE** as time-barred and procedurally defaulted.

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this 18 day of Dec , 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE